UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**GLADYS M. HERNANDEZ,**

    **Plaintiff,**

v.                                                           Case No: 6:16-cv-1671-Orl-41GJK

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

                                          /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1), which seeks judicial review under 42 U.S.C. § 405(g) of the final decision by the Commissioner of the Social Security Administration ("Commissioner") denying Plaintiff's application for Social Security Disability benefits. United States Magistrate Judge Gregory J. Kelly filed a Report and Recommendation (Doc. 23), in which he recommends that this Court affirm the Commissioner's final decision.

After a *de novo* review of the record, and noting that no objections were timely filed, this Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's final decision is **AFFIRMED**.

3. The Clerk is directed to enter judgment accordingly and close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 5, 2018.



Copies furnished to:

Counsel of Record